# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 25, 2019

159147

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

v

SC: 159147
COA: 345722
Livingston CC: 16-023396-FH
                16-023397-FH

DAVID PRICE, III,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the January 18, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 25, 2019



t0918

Clerk